GUBBINS, Appellant, v. PETERSON, Respondent. (Supreme Court, Appellate Division,

Second Department. October 26, 1897.) Action by William Gubbins against Charles G. Peterson. No opinion. Appeal from order allowing appellant to file exceptions affirmed, without costs. See 47 N. Y. Supp. 685.